DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOVAN GIBSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-728

[May 13, 2020]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 10-7063CF10B.

Jovan Gibson, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Walker v. State*, 619 So. 2d 518, 519 (Fla. 1st DCA 1993) ("The award of gain time is solely a function of the Department of Corrections.").

LEVINE, C.J., CIKLIN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***